UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:                                              Case No. 13-24760JAD
KEVIN R. MCCAFFERTY                                 Chapter 13
                                                    Document #_____
            Debtor(s)
Ronda J. Winnecour, Trustee
            Movant
      vs.
KEVIN R. MCCAFFERTY

            Respondent(s)

**TRUSTEE'S CERTIFICATE OF DEFAULT REQUESTING
DISMISSAL OF CASE**

Ronda J. Winnecour, Standing Chapter 13 Trustee, respectfully represents the following:

1.     The debtor(s)' plan is in material default, in that the payments required by the plan have not been made.

2.     The plan currently requires the debtor(s) to pay to the Trustee the sum of $1,360 per month.

3.     The plan is $6603 in arrears, including the payment due for the month of August 2017.

WHEREFORE, the Trustee requests that this case be dismissed without prejudice.

08/21/2017                                          /s/ Ronda J. Winnecour
                                                    RONDA J WINNECOUR PA ID #30399
                                                    CHAPTER 13 TRUSTEE WD PA
                                                    600 GRANT STREET
                                                    SUITE 3250 US STEEL TWR
                                                    PITTSBURGH, PA  15219
                                                    (412) 471-5566
                                                    cmecf@chapter13trusteewdpa.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:                                          Case No. 13-24760JAD
KEVIN R. MCCAFFERTY                             Chapter 13

            Debtor(s)
Ronda J. Winnecour, Trustee                     Related to Document No._____
                Movant
        vs.
KEVIN R. MCCAFFERTY

            Respondent(s)

## ORDER

               AND NOW, this _____ day of _____, 20____, the Court
having considered the Chapter 13 Trustee's certification (or request) for dismissal, and any responses
thereto, the following relief (as reflected by the checked boxes below) is ***ORDERED,
ADJUDGED and DECREED:***

☐       This case is ***DISMISSED***, with prejudice. The Debtor(s) is/are ineligible for bankruptcy relief
        under any chapter for a period of 180 days from the date of this Order.

☐       This case is ***DISMISSED***, without prejudice.

        If either of the above provisions is checked, indicating that this case is being dismissed, then it is
        ***FURTHER ORDERED*** as follows:

    A.      Each wage attachment issued in this case is now terminated. So that each employer
            knows to stop the wage attachment, the Debtor(s) shall immediately serve a copy of this
            Order on each employer and file a proof of service within 10 days of the date of this
            Order.

    B.      This case is administratively closed. However, Court retains jurisdiction over the
            Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon
            submission of UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and
            Account, the Trustee is discharged from her duties in this case and this case will be
            closed without further Order of Court.

C.      The Clerk shall give notice to all creditors of this dismissal.

D.      Any motion to reopen must be accompanied by the appropriate reopening fee, equal to the filing fee for the appropriate chapter (less administrative fee), together with the unpaid $_____ portion of the original filing fee.

E.      The Debtor remains legally liable for all debts as if the bankruptcy petition had not been filed.  This bankruptcy case no longer prevents collection efforts or lawsuits.  Creditor collection remedies are reinstated pursuant to 11 U.S.C. Section 349, and creditors are directed to 11 U.S.C. Section 108(c) for time limits on filing a lawsuit to collect.  Generally, a creditor's lawsuit must be filed by the later of:

(1)     the time deadline provided by state law; or

(2)     30 days after the date of this notice.

☐      This case is not dismissed. The plan term is extended to a total of __ months; the monthly plan payment amount is changed to $_____ effective_____ .

☐      This case is not dismissed at this time.  However, in the event of any future plan default by the Debtor(s), then on the Trustee's certificate of default, this case shall be dismissed _____ with / _____ without prejudice, without further notice or hearing.

☐      Other: _____
_____
_____
_____
_____
_____

BY THE COURT:

Dated : _____          _____
                                        United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re: | Case No. 13-24760JAD
KEVIN R. MCCAFFERTY | Chapter 13

Debtor(s)
Ronda J. Winnecour, Trustee
                    Movant
        vs.
KEVIN R. MCCAFFERTY

Respondent(s)

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of the Trustee's Certificate of Default with proposed order of Court upon the following, by regular United States mail, postage prepaid, addressed as follows:

KEVIN R. MCCAFFERTY
1331 2ND STREET
WESTMORELAND CITY,  PA  15692

SCOTT R LOWDEN ESQ **
NICOTERO & LOWDEN PC
3948 MONROEVILLE BLVD STE 2
MONROEVILLE,  PA  15146

08/21/2017                                      /s/ Renee Ward

Administrative Assistant
Office of the Chapter 13 Trustee
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com