**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>KEVIN R. MCCAFFERTY<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:13-24760 JAD<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 11/11/2013 and confirmed on 01/08/2014. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 46,023.64 |
| Less Refunds to Debtor | 992.68 | |
| TOTAL AMOUNT OF PLAN FUND | | 45,030.96 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,700.00 | |
|    Trustee Fee | 1,752.47 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,452.47 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| PNC BANK NA | 0.00 | 25,343.90 | 0.00 | 25,343.90 |
|   Acct: 8439 | | | | |
| PNC BANK NA | 26,776.11 | 15,234.59 | 0.00 | 15,234.59 |
|   Acct: 8439 | | | | |
| | | | | 40,578.49 |
| **Priority** | | | | |
| SCOTT R LOWDEN ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| KEVIN R. MCCAFFERTY | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| PRECISION BUILDERS INC | 0.00 | 281.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| KEVIN R. MCCAFFERTY | 333.60 | 333.60 | 0.00 | 0.00 |
|   Acct: | | | | |
| KEVIN R. MCCAFFERTY | 378.08 | 378.08 | 0.00 | 0.00 |
|   Acct: | | | | |
| NICOTERO & LOWDEN PC | 2,700.00 | 2,700.00 | 0.00 | 0.00 |
|   Acct: 2700 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Priority | | | | |
| NORWIN SD (N HUNTINGDON) (EIT)** | 2,767.45 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXX1-09 | | | | |
| | * * * N O N E * * * | | | |
| Unsecured | | | | |
| CAPITAL ONE BANK NA** | 1,619.55 | 0.00 | 0.00 | 0.00 |
| Acct: 6008 | | | | |
| ALLIANCE ONE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| PITTSBURGH PARKING COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| NORWIN SD (N HUNTINGTON) (PERCAPITA | 247.50 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXX1-09 | | | | |
| JENNIFER L CERCE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | * * * N O N E * * * | | | |

TOTAL PAID TO CREDITORS                                                                                       40,578.49

  TOTAL CLAIMED
  PRIORITY           2,767.45
  SECURED           26,776.11
  UNSECURED          1.867.05

Date: 01/17/2018

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com